1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11   MICHAEL JOHN MEASEL,              )      Case No.: C 10-2345 PVT
                                       )
12              Plaintiff,             )      **ORDER** S\ETTING N\EW D\EADLINE FOR
                                       )      P\ARTIES TO F\ILE E\ITHER A "C\ONSENT TO
13        v.                           )      P\ROCEED B\EFORE A U\NITED S\TATES
                                       )      M\AGISTRATE J\UDGE," OR E\LSE A
14   LINKUS ENTERPRISES, INC.,         )      "D\ECLINATION TO P\ROCEED B\EFORE A
                                       )      U\NITED S\TATES M\AGISTRATE J\UDGE AND
15              Defendant.             )      R\EQUEST FOR R\EASSIGNMENT"
     _____ )

16

17        On June 3, 2010, Defendant filed a motion to dismiss.[1]  Pursuant to Civil Local Rule 73-

18   1(a)(2),[2] no later than one week after that motion was filed each party was required to file either a

19   written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District

20   Judge.[3]  Neither party has done so.[4]  Therefore, based on the file herein,

21        IT IS HEREBY ORDERED that the deadline for the parties to file either a "Consent to

22   _____

23        [1]      The holding of this court is limited to the facts and the particular circumstances
24   underlying the present motion.

         [2]      A copy of the court's Civil Local Rules are available from the clerk of the court, or from
25   the "Rules" section of the court's website (www.cand.uscourts.gov).

26        [3]      Magistrate Judges have authority to hear dispositive motions, such as the motion to
27   dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C.
     § 636(c)(1).

28        [4]      On June 11, 2010, a Clerk's Notice of Impending Reassignment to a United States
     District Judge was erroneously filed herein.  That notice should be disregarded.

1  Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United

2  States Magistrate Judge and Request for Reassignment," is extended to July 6, 2010.  Both forms are

3  available from the clerk of the court, or from the "Forms" section of the court's website

4  (www.cand.uscourts.gov).

5  Dated: *6/24/10*

6  PATRICIA V. TRUMBULL

7  United States Magistrate Judge

1

2 ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4 copies mailed on   *6/25/10*          to:

5 Michael John Measel
137 Highway 156
6 Prundale, CA 93907

7

8                                    */s/  Donna Kirchner              for*
MARTHA BROWN
9 Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28